**Greg MUNGER, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

No. ED 96728.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 15, 2011.

Greg Munger, Marthasville, MO, pro se.

Shelley A. Kintzel, Jefferson City, MO, for respondent.

Before: CLIFFORD H. AHRENS, P.J., ROY L. RICHTER, J., and GARY M. GAERTNER, JR., J.

### ORDER

PER CURIAM.

Greg Munger appeals from a decision by the Labor and Industrial Relations Commission denying him unemployment benefits. An extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Rule 84.16(b).